IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C07-2022 EJM |
| vs. | ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| JERE J. GREGORY, | ) | |
| Defendant. | ) | |

***DECISION BY COURT*:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

on this 22nd day of August, 2007.

Dated: __August 22, 2007__

PRIDGEN J. WATKINS
Clerk

__/s/ Dianne Eveland__
(By) Clerk